United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JHANY YULIET PEREA YORDI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:26-CV-06990** |
| | § | |
| **RANDY TATE, BRET BRADFORD, MARKWAYNE MULLIN and TODD BLANCHE,** | § | |
| | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER OF DISMISSAL**

Jhany Yuliet Perea Yordi filed a petition for writ of *habeas corpus* on August 24, 2026. (Dkt. No. 1 at 1–10). This Court ordered the Respondents to Show Cause why the petition should not be granted on August 27, 2026. (Dkt. No. 4 at 1—2). The Respondents have advised the Court that Yordi was removed from the United States to Mexico on August 28, 2026. (Dkt. No. 5 at 1).

Yordi is no longer in the custody of Respondents. "Because [Yordi] has been removed from this country, the relief requested cannot be granted." *Hernandez Cerrato v. Sanchez*, No. 26-40091, 2026 WL 2101847, at *1 (5th Cir. July 21, 2026) (unpublished).

The case is therefore **DISMISSED AS MOOT**.

Signed on September 22, 2026.

Drew B Tipton

DREW B. TIPTON
UNITED STATES DISTRICT JUDGE